# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Dariiel Villalobos DEFENDANT(S). | CASE NUMBER: 14-00393 M REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

*FILED 2014 FEB 21 AM 10:09 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES BY: ___*

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 2/20/2014  2:00  ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building) Yes ☒   No ☐
3. Charges under which defendant has been booked:
   21 USC 841 (a)(1), (b)(1)(B)(viii) & (b)(1)(c)
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1982
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: Duty Officer   Time: 10:05 ☒ AM ☐ PM
14. Remarks (if any): N/A

15. Date: 2/21/14
16. Name: TANAZ KORAMI (Please Print)
17. Agency: FBI
18. Signature: _____
19. Office Phone Number: 424-832-4301

CR-64 (06/09)                REPORT COMMENCING CRIMINAL ACTION