UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2014 Grand Jury  CR14-0132

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL VILLALOBOS,<br><br>    Defendant. | CR No. 14-<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), (b)(1)(C): Possession with Intent to Distribute Methamphetamine and Heroin] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)]

On or about March 27, 2013, in Los Angeles County, within the Central District of California, defendant DANIEL VILLALOBOS knowingly and intentionally possessed with intent to distribute at least five grams, that is, approximately 21.4 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about March 27, 2013, in Los Angeles County, within the Central District of California, defendant DANIEL VILLALOBOS knowingly and intentionally possessed with intent to distribute approximately 50 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, OCDETF Section

ROB B. VILLEZA
Assistant United States Attorney
Deputy Chief, OCDETF Section

ANGELA L. SCOTT
Assistant United States Attorney
OCDETF Section