Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

CR14-0132

| | |
|---|---|
| Case Number | Defendant Number  1 |
| U.S.A.  v.  Daniel Villalobos | Year of Birth  1982 |
| ☑ Indictment      ☐ Information | Investigative agency (FBI, DEA, etc.)  FBI |

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

☐ Class A Misdemeanor      ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor      ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense   March 27, 2013

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

☑ Los Angeles         ☐ Ventura

☐ Orange              ☐ Santa Barbara

☐ Riverside           ☐ San Luis Obispo

☐ San Bernardino      ☐ Other

Citation of Offense   21 USC 841(a)(1) - possession with

intent to distribute methamphetamine and heroin

## RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   ☑ No      ☐ Yes

IF YES    Case Number  _____

Pursuant to Section 11 of General Order 08-05, criminal cases

may be related if a previously filed indictment or information

and the present case:

a. arise out of the same conspiracy, common scheme,

   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

   entail substantial duplication of labor in pretrial, trial or

   sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  February 19, 2013

Case Number   2:14-mj-00393

Charging   21 USC 841(a)(1)

The complaint:   ☑ is still pending

☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No    ☑ Yes

IF YES, provide, Name:  Stephanie E Thornton-Harris

Phone Number:  213-894-4783

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*      ☑ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

☐ Yes*      ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS
DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS
CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    ☐ Yes      ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number _____

The superseded case:

☐ is still pending before Judge/Magistrate Judge

_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*      ☐ No

Will more than 12 days be required to present government's
evidence in the case-in-chief?

☐ Yes*      ☐ No

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes     ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?     ☐ YES     ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male          ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s)  _____

_____

This defendant is charged in:   ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?     ☐ Yes     ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud              ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☑ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☐ Other _____

_____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?     ☐ Yes     ☐ No

d. Is on bail or release from another district:

   _____

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:  MDC

c. If Federal: U.S. Marshal's Registration Number:

   67490-112

d. ☑ Solely on this charge. Date and time of arrest:

   March 27, 2013

e. On another conviction:   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges: :   ☐ Yes   ☑ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

   Date transferred to federal custody: _____

This person/proceeding is transferred from another district

pursuant to F.R.Cr.P. _____ 20 _____ 21 _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

_____

_____

Date   3/3/14

Signature of Assistant U.S. Attorney

Angela L. Scott

Print Name