# Memorandum



| Subject: | Date: |
|---|---|
| UNITED STATES v. DANIEL VILLALOBOS | March 3, 2014   CR14-0132 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk, United States District Court<br>Central District of California | ANGELA L. SCOTT<br>Assistant United States Attorney<br>Criminal Division |

For purposes of determining whether the above-referenced matter being filed on March 4, 2013 should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

For purposes of determining whether the matter should be assigned to the Honorable Beverly Reid O'Connell, it

☐ is

☒ is not

(1) a matter pending in the General Crimes Section of the USAO at any time between December 2, 2001 to February 23, 2003, the time period when Judge O'Connell served as a Deputy Chief of that section; or (2) a matter in which Judge O'Connell was personally involved or on which she was personally consulted while employed in the USAO between February 2, 1995, and July 6, 2005.

_____
ANGELA L. SCOTT
Assistant United States Attorney
Criminal Division