

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
DANIEL VILLALOBOS

67490-112

To: The United States Marshal or any Authorized United States Officer

WARRANT FOR ARREST

ON COMPLAINT
CASE NUMBER:

M 14 00393

YOU ARE HEREBY COMMANDED to arrest  DANIEL VILLALOBOS
                                          Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer a complaint charging him or her with:

in violation of Title  21 , United States Code,
Sections:  841(a)(1), (b)(1)(B)(viii) and (b)(1)(C)

with Bail fixed at $ _____
REC: BY AUSA                    DETENTION

FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Date: February 19, 2014

Honorable PAUL L. ABRAMS
Name of Judge/Magistrate Judge

PAUL L. ABRAMS
Signature of Judge/Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

ARRESTED WITHIN THE C/CA
BY:
ON: 2/21/
SIGNED: