# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00132           Recorder: Anne Kielwasser           Date: 03/13/2014

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Debbie Fischer                           Assistant U.S. Attorney: Aaron Ketchel

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DANIEL VILLALOBOS<br>    CUSTODY-PRESENT | STEPHANIE THORNTON-HARRIS<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

This case is assigned to the calendar of District Judge Gary A. Feess.
    Plea and Setting of all further proceedings 3/24/2014 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB

cc: Statistics Clerk, PSALA USMLA

---

CR-85 (09/12)                       CRIMINAL MINUTES - ARRAIGNMENT                       Page 1 of 1

3/13/2014