SEAN K. KENNEDY (Bar No. 145632)  cc: USM, PSA
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
Stephanie Thornton-Harris  (Bar No. 152785)
(E-Mail: Stephanie_Thornton-Harris@fd.org)
Attorney
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-4783
Facsimile:  (213) 894-0081

Attorneys for Defendant
DANIEL VILLALOBOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 14-00132-GAF |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER ADVANCING HEARING TIME |
| v. | |
| DANIEL VILLALOBOS. | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the plea/trial setting status hearing in this case currently scheduled for **May 24, 2014** at **1:30 p.m.** be advanced to **May 24, 2014** at **11:00 a.m.**

DATED: March  19, 2014       By _____
                                HONORABLE GARY A. FEESS
                                United States District Judge