UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.  CR14-132 GAF | Date  March 24, 2014 |

Present: The Honorable  GARY ALLEN FEESS

Interpreter  N/A

| Stephen Montes | Pat Cuneo | Angela L. Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | √ | √ | | Stephanie E. Thorton-Harris, DFPD | √ | √ | |

**Proceedings:**   PLEA AND TRIAL SETTING HEARING

Cause called; appearances made.

Defendant is arraigned and advised of his rights.  The defendants pleads not guilty and the Court sets a jury trial date of May 13. 2014 at 8:30 a.m. and a status conference date of April 28, 2014 at 1:30 p.m.  Order to issue.

|  | : | 02 |
|---|---|---|
| | Initials of Deputy Clerk | SMO |

cc:  **USMO, PSA**