UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CR14-132 GAF | | Date | April 21, 2014 |

| Present: The Honorable | GARY ALLEN FEESS |
|---|---|
| Interpreter | N/A |

| Stephen Montes | Pat Cuneo | Angela L. Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | √ | √ | | Stephanie E. Thornton-Harris, DFPD | √ | √ | |

**Proceedings:** STATUS CONFERENCE re: Stipulation and Proposed Order to Continue Trial

Cause called; appearances made.

Court and counsel confer about the parties' stipulation and proposed order to continue the trial. Court is advised that all discovery has been disclosed. Defendant orally waives his rights under the Speedy Trial Act which is accepted by the Court. For reasons stated on the record, the Court grants the stipulation to continue the trial. Order to issue.

|  | : | 04 |
|---|---|---|
| Initials of Deputy Clerk | | SMO |

cc: **USMO, PSA**