UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR14-132 GAF | Date | July 28, 2014 |
|---|---|---|---|

| Present: The Honorable | GARY ALLEN FEESS |
|---|---|
| Interpreter | N/A |

| Stephen Montes | Pat Cuneo | Angela L. Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | √ | √ | | Stephanie E. Thornton-Harris, DFPD | √ | √ | |

**Proceedings:**   STATUS CONFERENCE

Cause called; appearances made.

Court questions counsel about the status of the case. The Court is advised that defendant intends to file a motion to suppress. The Court instructs counsel to file the motion as soon as possible. The parties agree that the motion should be filed by no later than Monday, August 4, 2014. The Court further questions the parties about their stipulation and proposed order to continue the trial. The Court accepts defendant's oral waivers regarding his Speedy Trial Act rights. For reasons stated on the record, the Court grants the stipulation and signs the proposed order. Order to issue.

:   05

Initials of Deputy Clerk   SMO

cc: **USMO, PSA**