1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CR No. 14-132-GAF |
| 12            Plaintiff, | INFORMATION RE: PRIOR CONVICTION FOR A FELONY DRUG OFFENSE FOR DEFENDANT DANIEL VILLALOBOS |
| 13       v. | |
| 14  DANIEL VILLALOBOS, | [21 U.S.C. § 851: Proceedings to Establish Prior Convictions] |
| 15            Defendant. | |

16
17     The United States Attorney charges:
18                         COUNT ONE
19                     [21 U.S.C. § 851]
20     Defendant DANIEL VILLALOBOS, prior to committing the
21  offenses alleged in Counts One and Two of the Indictment in
22  United States v. Daniel Villalobos, CR No. 14-132-GAF, had been
23  finally convicted of a felony drug offense as that term is
24  defined and used in Title 21, United States Code, Sections
25  802(44), 841, and 851, namely, on or about February 18, 2011, in
26  the Superior Court of the State of California, County of Los
27  Angeles, Case Number GA081683, defendant DANIEL VILLALOBOS was
28  convicted of Possession of a Controlled Substance for Sale, in



1 | violation of California Health and Safety Code Section 11378.

COUNT TWO

[21 U.S.C. § 851]

Defendant DANIEL VILLALOBOS, prior to committing the offenses alleged in Counts One and Two of the Indictment in <u>United States v. Daniel Villalobos</u>, CR No. 14-132-GAF, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about February 18, 2011, in the Superior Court of the State of California, County of Los Angeles, Case Number GA082492, defendant DANIEL VILLALOBOS was convicted of Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378.

ANDRÉ BIROTTE JR.
United States Attorney

*/s/*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
Enforcement Task Force Section

ROB B. VILLEZA
Assistant United States Attorney
Deputy Chief, Organized Crime Drug
Enforcement Task Force Section

ANGELA L. SCOTT
Assistant United States Attorney
Organized Crime Drug Enforcement
Task Force Section