ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683
     Facsimile: (213) 894-0142
     E-mail:    angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-132-GAF |
|---|---|
| Plaintiff, | ORDER REGARDING STIPULATION FOR A MODIFIED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |
| v. | |
| DANIEL VILLALOBOS, | |
| Defendant. | |

     The Court has read and considered the Stipulation Regarding a Modified Briefing Schedule for Defendant's Motion to Suppress Evidence.

     For good cause shown, IT IS HEREBY ORDERED THAT:

     1.   The government's opposition to defendant's motion to suppress evidence is to be filed no later than August 18, 2014.

     2.   Defendant's reply to the government's opposition is to be

//

//

1 | filed no later than September 10, 2014.

2 |     IT IS SO ORDERED.

4 | August 7, 2014
DATE                           HONORABLE GARY A. FEESS
5 |                                    UNITED STATES DISTRICT JUDGE

6 | Presented by:

7 |     /s/

8 | ANGELA L. SCOTT
Assistant United States Attorney