SEAN K. KENNEDY (Bar No. 145632)
Federal Public Defender
CHRISTOPHER W. DYBWAD (Bar No. 235234)
(E-Mail: Christopher_Dybwad@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4283
Facsimile: (213) 894-0081

Attorneys for Defendant
DANIEL VILLALOBOS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-132-GAF |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| DANIEL VILLALOBOS, | |
| Defendant. | |

Notice is hereby given that Deputy Federal Public Defender Christopher W. Dybwad will join Attorney Stephanie Thornton-Harris in representing Defendant Daniel Villalobos.

Please make all necessary changes to the court's Case Management Electronic Case Filing system to accurately reflect that Deputy Federal Public Defender Christopher W. Dybwad is joining Attorney Stephanie Thornton-Harris, to ensure that all e-mails relating to filing in this case are received by both Deputy Federal Public Defenders.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: August 20, 2014        By  */s/ Christopher W. Dybwad*
                              CHRISTOPHER W. DYBWAD
                              Deputy Federal Public Defender