# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR14CR00132-1 GAF |
| v. | |
| Daniel Villalobos | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Attachment 1: Writ of Habeas Corpus Ad Testificandum

Filed date: 8/28/14   Document Number(s): 45-1

☐ Incorrect case number ___ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ___

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: ___

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: ___ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ___ to ☐ Judge ☐ Magistrate Judge ___ . The initials of the new judge(s) are: ___

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ___ has been reassigned to new case number ___ .

☐ Case title is corrected from ___ to ___

☐ Document has been re-numbered as document number ___

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ___ .

☐ Document is missing page number(s): ___

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ___

☒ Other: Unissued Writ attached to the Order on Application for Writ of Habeas Corpus Ad Testificandum (to secure the appearance of Dennis Lynn Lee). A corrected, issued Writ has been substituted and replaced as the attachment to the order

CLERK, U.S. DISTRICT COURT

Date: September 2, 2014   By: B. Moss (213) 894-3538
Deputy Clerk