## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR14-132 GAF | Date: September 23, 2014 |
| Present: The Honorable | GARY ALLEN FEESS | |
| Interpreter | N/A | |

| Stephen Montes | Pat Cuneo | Angela L. Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | √ | √ | | Stephanie E. Thornton-Harris, DFPD<br>Christopher W. Dybwad, DFPD | √<br>√ | √<br>√ | |

**Proceedings:** [29] MOTION to Suppress Evidence Derived from Unlawful Stop, Detention, and Search filed by Defendant Daniel Villalobos (filed 8/4/14) – EVIDENTIARY HEARING

Cause called; appearances made.

Witnesses called, sworn and testified. Exhibits identified and admitted.

For reasons and findings stated on the record, the Court denies the motion to suppress.

Court questions counsel about Government's Motion to Quash Subpoenas Issued *ex Parte* and under Seal [48]. The Court is advised that the motion is now moot. Accordingly, the Court denies the motion to quash as moot.

| | 2 | : | 09 |
|---|---|---|---|
| Initials of Deputy Clerk | | SMO | |