# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR14-132 GAF | Title | USA v. Daniel Villalobos |
|---|---|---|---|
| Judge | GARY ALLEN FEESS | | |
| Dates of Trial or Hearing | 9/23/2014 | | |
| Court Reporters or Tape No. | Pat Cuneo | | |
| Deputy Clerks | Stephen Montes Kerr | | |

FILED
CLERK, U.S. DISTRICT COURT
SEP 24 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Angela L. Scott | Stephanie E. Thornton-Harris, DFPD |
| | Christopher W. Dybwad, DFPD |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | WIT OFFICER JOSE CALDERON | Δ |
| | | | | | | WIT DOUGLAS JAMES HAMBLIN | Δ |
| | | | | | | WIT OFFICER VITO GAXIOLA | Δ |
| | | | | | | INVESTIGATOR MARCIA GREEN | Δ |
| | | | | | | Δ DANIEL VILLALOBOS | π |
| | | | | | | WIT DENNIS LYNN LEE | π |

G-65 (03/07)   LIST OF EXHIBITS AND WITNESSES   Page 1 of 2

# UNITED STATES v. DANIEL VILLALOBOS
## CR 14-132-GAF
## DEFENSE EXHIBIT INDEX

| EXHIBIT NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 101 | Map of Douglas St. and Garfield Ave. | 9-23-14 | 9-23-14 |
| 102 | Police Report | 9-23-14 | |
| 103 | Continuation Report | 9-23-14 | |
| 104 | Probable Cause Declaration | | |
| 105 | Jose Calderon Declaration | | |
| 106 | Douglas Hamblin Declaration | | |
| 107 | Photograph | 9-23-14 | 9-23-14 |
| 108 | Pasadena Manual | | |
| 109 | Unit 29 -- Dash Cam | | |
| 109A | Portion of Unit 29 Dash Cam | | |
| 110 | Unit 21 -- Dash Cam | | |
| 111 | Audio of Villalobos and Ascencio | | |
| 112 | Video of Douglas Street | 9-23-14 | 9-23-14 |