UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR14-132 GAF | Date | September 29, 2014 |
|---|---|---|---|

| Present: The Honorable | GARY ALLEN FEESS |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Pat Cuneo | Angela L. Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | √ | √ | | Stephanie E. Thornton-Harris, DFPD | √ | √ | |

**Proceedings:**   FINAL STATUS CONFERENCE

Cause called; appearances made.

Court questions counsel about the status of the case and is informed that the parties believe that the case will be resolved prior to trial.  Presently, there is an outstanding plea offer that will expire on Wednesday, October 1, 2014.  In light of the possible resolution of this action, the final status conference is not held.  The parties are instructed to immediately contact the Deputy Clerk about any resolution.

                                                                                                        :    02
                                                                              Initials of Deputy Clerk     SMO

cc:  **USMO, PSA**