## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No. | CR14-132 GAF | Date | October 2, 2014 |
|---|---|---|---|

| Present: The Honorable | GARY ALLEN FEESS |
|---|---|
| Interpreter | N/A |

| Stephen Montes Kerr | Pat Cuneo | Angela L. Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | √ | √ | | Stephanie E. Thornton-Harris, DFPD | √ | √ | |

**Proceedings:**   CHANGE OF PLEA

____   Court confirms Waiver of Indictment has been previously filed.

  X    Defendant moves to change plea to the Indictment.

  X    Defendant sworn.

  X    Defendant now enters a new and different plea of Guilty to Count One of the Indictment.

  X    The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

  X    The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **December 29, 2014 at 1:30 p.m.** for sentencing.

  X    Court vacates the court and/or jury trial date.

____   Court orders _____

                                                                                           :   31

                                                    Initials of Deputy Clerk         SMO

cc: **USPO, PSA, USMO**