UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DEC - 1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Transfer of Cases )
from the Calendar                      )     ORDER OF THE CHIEF JUDGE
                                       )
                                       )
of                                     )
                                       )     14-065
                                       )
Judge GARY A. FEESS                    )
_____)

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be reassigned from the calendar of Judge Gary A. Feess to the calendar of Judge John A. Kronstadt for all further proceedings:

CR 14-132-GAF     U.S.A. vs. Daniel Villalobos

Dated: December 1, 2014

_____
Chief Judge George H. King