1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>DANIEL VILLALOBOS,<br><br>        Defendant. | Case No. CR 14-00132-JAK-1<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing in this case is continued from **January 8, 2015 at 8:30 a.m.** to **March 19, 2015 at 8:30 a.m.**

DATED:  December  30, 2014

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge