```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    J. MARK CHILDS (Cal. Bar No. 162684)
 4  Assistant United States Attorney
    OCDETF Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2433
 7       Facsimile: (213) 894-0142
         E-mail:    Mark.Childs@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                     UNITED STATES DISTRICT COURT

                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-132-JAK |
|---|---|
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE FOR UNITED STATES |
| v. | |
| DANIEL VILLALOBOS, | |
| Defendant. | |

   Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-mail Address** |
|---|---|---|
| **Previously Assigned AUSA** | Angela L. Scott | Angela.l.scott@usdoj.gov |
| **Newly Assigned AUSA** | J. Mark Childs | Mark.childs@usdoj.gov |

   Please make all necessary changes to the court's Case Management/ Electronic Case Filing system to ensure that the newly assigned

AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: 02/06/2015                    Respectfully submitted,

                                     STEPHANIE YONEKURA
                                     Acting United States Attorney

                                     ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                           /s/
                                     J. MARK CHILDS
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA