NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL VILLALOBOS,<br><br>    Defendant. | Case No. CR 14-00132-JAK-1<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing in this case is continued from **March 19, 2015 at 8:30 a.m.** to **July 23, 2015 at 8:30 a.m.**

DATED: February 26, 2015

_____
HONORABLE JOHN A. KRONSTADT
United States District Judge