# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>DANIEL VILLALOBOS,<br><br>      Defendant. | Case No. CR 14-000132-JAK-1<br><br>**ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR PERMISSION TO USE OF COURTROOM 790 AND TRANSFER OF DANIEL VILLALOBOS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's request to appear on Friday May 22, 2015, at 10:00 a.m., with representatives from the Office of the Federal Public Defender, in Courtroom 790 to videotape Mr. Villalobos for a sentencing video is DENIED. There is no basis for the request or the cost that will be incurred. Defendant may file sentencing positon papers and address the Court at the sentencing hearing.

DATED: May 9, 2015

                                HONORABLE JOHN A. KRONSTADT
                                United States District Judge