# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | | |
|---|---|---|
| Case No.   LA CR14-00132 JAK | | Date   October 8, 2015 |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko | J. Mark Childs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Daniel Villalobos | X | | Stephanie E. Thornton-Harris | | X | | N/A |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**    ☐ Contested    X Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    _X_ Refer to separate Judgment Order.
___ Imprisonment for   Years/months   on each of counts _____
Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of  $ _____ is imposed on each of count(s) concurrent/consecutive.
   ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
       commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   ___ Pay    $ _____ fine amounts & times determined by P/O.
   ___ Make   $ _____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.
___ Pay   $ _____ per count, special assessment to the United States for a total of _____   $ _____
___ Imprisonment for   months/years   and for a study pursuant to 18 USC _____
with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
___ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated _____ ___ upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release     # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at   $ _____
___ Filed and distributed judgment.  ENTERED.
___ Other

_____ : 31
Initials of Deputy Clerk   ak

cc: